FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOUIS REEDY and DENEAN REEDY, a husband and wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, an Illinois corporation doing business in the State of Washington,<br><br>    Defendant. | No. 2:20-CV-00308-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulated Motion for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2), ECF No. 18. The parties stipulate and request the Court dismiss this matter with prejudice and without awarding either party attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation, enter it into the record, and dismiss this case.

//
//
//
//
//
//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2), ECF No. 18, is **accepted** and **entered into the record**.

2. This matter is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 10th day of March 2021.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE # 2**